UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANN C. COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-200 |
| ) | (SHIRLEY) |
| V. ) | |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 6].

Now before the Court is Defendant Hartford Life and Accident Insurance Company's Motion for Rule 35 Examination [Doc. 16]. Defendant Hartford Life and Accident Insurance Company moves the Court, pursuant to Rule 35 of the Federal Rules of Civil Procedure, to permit a neuropsychological examination of Plaintiff Ann C. Cooper by D. Malcolm Spica, Ph.D., Hartford's designated expert psychologist, for purposes of determining the existence and extent of disability claimed by this Plaintiff in this action.

Plaintiff Ann Cooper has responded to the Motion for Rule 35 Examination by stating that she does not object to the relief sought in the Defendant's motion. [Doc. 17]. Plaintiff states that her lack of objection is based upon Defendant's representations that it will attempt to accommodate Ms. Cooper's condition and schedule and that the examination will be completed in one appointment.

Based upon the parties' agreement, the Court finds that the Motion for Rule 35 Examination **[Doc. 16]** is well-taken, and it is **GRANTED**. Plaintiff will submit to an examination by Dr. Spica at a date and time agreed upon by the parties.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge