IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| ANN C. COOPER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:12-CV-00200 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Ann C. Cooper. ("Plaintiff"), and Defendant, Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

LAW OFFICE OF JESSE D. NELSON, PLLC.

By: _____
Jesse D. Nelson
P. O. Box 22685
Knoxville, TN 37933

Attorney for Plaintiff

MAYNARD, COOPER & GALE, P.C.

By: _____
William B. Wahlheim, Jr.
Grace R. Murphy
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618

Attorneys for Hartford Life and Accident Insurance Company